IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-17CR-055-D |
| MIGUEL ANGEL BRAVO-FARIAS (01)<br>HECTOR TERRAZAS (02)<br>ROGELIO XOCHITL AMPARAN (03) | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about June 8, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Miguel Angel Bravo-Farias, Hector Terrazas**, and **Rogelio Xochitl Amparan**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Miguel Angel Bravo-Farrias**
**Indictment - Page 1**

All in violation of Title 21, United States Code, Section 846.

**Miguel Angel Bravo-Farrias**
**Indictment - Page 2**

Count Two
Possession with Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about June 8, 2017, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Miguel Angel Bravo-Farias, Hector Terrazas**, and **Rogelio Xochitl Amparan**, defendants, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Forfeiture Notice
## (21 U.S.C. § 853)

Upon conviction for the offenses alleged in Counts One or Two of this Indictment, and pursuant to 21 U.S.C. § 853(a), **Miguel Angel Bravo-Farias, Hector Terrazas**, and **Rogelio Xochitl Amparan**, defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as a result of the offense, and any of his property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, $7,000.00 in United States currency. Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2397
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov

Miguel Angel Bravo-Farrias
Indictment - Page 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

MIGUEL ANGEL BRAVO-FARIAS (01)
HECTOR TERRAZAS (02)
ROGELIO XOCHITL AMPARAN (03)

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Section 846. |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). |

NOTICE OF FORFEITURE

(2 COUNTS)

A true bill rendered:
Amarillo                                         _Pam Hicks_ Foreperson

Filed in open court this __22nd__ day of __June__ A.D. 2017.

_____ Clerk

DEFENDANTS IN FEDERAL CUSTODY
(Complaint filed 6/8/17 – 2:17-MJ-50)

_____
UNITED STATES MAGISTRATE JUDGE